*In re* **Stackler**, Barbara Weinstein (MR 18216)
Deseronto, Ontario, Canada

Order of the Court:

The motion by Barbara Weinstein Stackler to strike her name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.